# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>DAVID L. ODOM | JUDGMENT IN A CRIMINAL CASE<br>(Short Form)<br><br>CASE NUMBER: CR13-5560<br><br>_____Joseph B. Cutter_____<br>Defendant's Attorney |

☒ **THE DEFENDANT** pleaded guilty to a single-count Superseding Information

| Title & Section | Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|---|
| 18 U.S.C. § 7; 36;<br>36 C.F.R. § 4.2; and<br>RCW 46.61.525 | Negligent Driving 2nd Degree | 07/14/2013 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|---|
| $255.00 | $250.00 | $5.00 | $ N/A | w/in 90 days |

Defendant's SSN: XXX-XX-1371

Defendant's DOB: XX-XX-1963

Defendant's USM No: N/A

_/s/ David L. Odom_
Defendant's Signature

_/s/ Barbara J. Sievers_
BARBARA J. SIEVERS, Assistant United States Attorney

11/25/2013
Date of Imposition of Judgment

_/s/_
Signature of Magistrate Judge

Honorable Brian A. Tsuchida
United States Magistrate Judge (Name of Judge)

Nov. 25, 2013
Date

13-CR-05560-JGM